UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:24-CT-3170-FL

| | |
|---|---|
| PHILLIP M. STROUPE II, <br> Plaintiff, <br> V. <br> WARDEN BULLARD, SEARGENT BULLARD, ROSEMARY BIANCARDI <br> Defendants, | STATMENT OF MATERIAL FACTS IN DISPUTE |

Now Comes Plaintiff Phillip M. Stroupe II, Pursuant To Local Rule 56.1, and hereby opposing The Defendant's Statment of facts.

A. Background
1. Not in dispute
2. Not in dispute
B. PLAINTIFFS ALLEGATIONS OF CONSTITUTIONAL RIGHTS VIOLATIONS
3. Not in dispute
4. Not in dispute
5. Plaintiff was not assigned to Cell based on approved accommodations Plaintiff Had

Wheelchair and Handi cap accommodations already in the Clinical Encounter entered by the Provider: White, David E. MD on 5/26/2022 at. 15:31. See Declaration of Phillip M. Stroupe # attached to Appendix as Exhibit 2A, and See Clinical Encounter Attached to Appendix as Exhibit 1 A.

6. Not in dispute

7. Plaintiff was Not in wheel chair accessible Cell. see Declaration of Phillip M. Stroupe # Attached to Appendix as Exhibit 2A

8 Opposing Jamie Bullard's Declaration See Declaration of Phillip M. Stroupe # Attached to Appendix as Exhibit 2A

9. Opposing Brandon Bullard's Declaration See Declaration of Phillip M. Stroupe # Attached to Appendix as Exhibit 2A

10. Not in dispute; (Please grant Summary Judgment for Rosemary Biancardi and dismiss her from the Case.)

Respectfully Submitted, this the 28th February, 2026.

Phillip M. Stroupe #
Pro Se